**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MALLIE J. PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-0649-SEB-VSS |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Mallie J. Palmer is not entitled to Disability Insurance Benefits based on her application filed on September 28, 1998, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 06/14/2005

Copies to:

James R. Williams, 1014 Vine Street, Suite 2400, Cincinnati, OH 45202
Thomas E. Kieper, Office of the United States Attorney, 10 West Market Street, Suite 2100,
    Indianapolis, IN   46204-3048